HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
REBECCA GENONI
Certified Student Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814

Attorney for Defendant
BROCK M. DACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:18-PO-00022-CKD |
| ) | |
| Plaintiff, ) | REQUEST FOR RULE 43 WAIVER FOR |
| ) | STATUS CONFERENCE; PROPOSED ORDER |
| vs. ) | |
| ) | Date: January 17, 2019 |
| BROCK M. DACE, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. ) | |
| ) | |

      Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Brock M. Dace, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally for his upcoming status conference, and when any other action is taken by the court before or after trial, specifically, appearances for any status hearings regarding scheduling matters.

      Mr. Dace agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison, from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Dace were personally present.  This Court has the discretion under Rule 43(b)(2)  to permit the defendant's absence. Mr. Dace is charged with violating 18 USC § 113, Assault, a petty offense.

      Mr. Dace resides in Quincy, Illinois, where he has familial support and is currently undergoing mental health treatment. It would be a serious hardship financially for Mr. Dace to

1 | travel to Sacramento.
2 |   Dated:  January 8, 2019
3 |                                                                   HEATHER E. WILLIAMS
                                                                      Federal Defender
4 |
5 |                                                                   */s/ LINDA C. ALLISON*
                                                                      LINDA C. ALLISON
6 |                                                                   Assistant Federal Defender
                                                                      Attorney for Defendant
7 |                                                                   Brock M. Dace
8 |         I consent to the above.
9 | Dated: January 8, 2019                         /s/ *BROCK M. DACE*
                                                   BROCK M. DACE
10 |                                                Defendant

ORDER

For good cause appearing, the Court grants the Defendant's request for waiver of his personal appearance in this matter.

IT IS SO ORDERED.

Dated: January 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE